

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2019

No. 04-19-00655-CV

Rosaly **CANALES** d/b/a Marathon Bulk Transport,
Appellant

v.

**CAPITOL AGGREGATES, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05174
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On November 22, 2019, we issued a show cause order instructing appellant to provide written proof of payment to the court reporter responsible for preparing the reporter's record. Appellant timely responded with satisfactory proof of payment. Accordingly, it is ORDERED that the reporter's record is due to be filed in this court **within thirty (30) days** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court